**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                    **CASE NO:  6:25CR60008-001**

KEANDRIA HAYWOOD                                                          DEFENDANT

### ORDER REVOKING PRE-TRIAL RELEASE AND OF DETENTION

Before the Court is the Petition seeking revocation of pre-trial release.  ECF No. 109.  An initial appearance was held on April 9, 2026.  On April 20, 2026, the Court conducted a hearing pursuant to 18 U.S.C. § 3148(b).  The United States appeared through Assistant United States Attorney Bryan Achorn.  The Defendant appeared in person and with Assistant Federal Public Defender Jessica Yarbrough.  At the conclusion of the hearing, the Court ordered the previous conditions of pretrial release revoked and the Defendant detained.  This written order memorializes that pronouncement.

The Court finds there is probable cause to believe the Defendant has committed a federal, state or local crime while on release, namely delivery of methamphetamine, in violation of Arkansas Code Annotated § 5-64-422 and/or conspiracy to deliver methamphetamine, in violation of Arkansas Code Annotated § 5-3-401.

Based on the factors set forth in 18 U.S.C. § 3142(g) there is no condition or combination of conditions of release that will assure that the Defendant will not pose a danger to the safety of another person of the community, and the Court finds Defendant is unlikely to abide by any condition or combination of conditions of release.

**IT IS ORDERED** the Petition seeking revocation of pre-trial release (ECF No. 109) is **GRANTED**.  Further, pursuant to 18 U.S.C. § 3142(i)(2)-(4) Defendant is committed to the

custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel. Upon further order of a court of the United States or request of an attorney for the United States the person in charge of the corrections facility in which the Defendant is confined shall deliver the Defendant to a United States Marshal for purpose of an appearance in connection with a court proceeding.

    **ORDERED this 21st day of April 2026.**

SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE